No. 91–1527. OHIO PUBLIC EMPLOYEES DEFERRED COMPENSATION PROGRAM v. SICHERMAN, TRUSTEE. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Patterson* v. *Shumate*, 504 U. S. 753 (1992).

No. D–1112. IN RE DISBARMENT OF WHITE. Disbarment entered. [For earlier order herein, see 503 U. S. 980.]

No. D–1113. IN RE DISBARMENT OF DAVIS. Disbarment entered. [For earlier order herein, see 503 U. S. 980.]

No. D–1141. IN RE DISBARMENT OF ELLIS. It is ordered that Robert M. Ellis, of Wilmette, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 119, Orig. CONNECTICUT ET AL. v. NEW HAMPSHIRE. Motion of Massachusetts Municipal Wholesale Electric Co. for leave to participate as *amicus curiae* in this case granted. JUSTICE SOUTER took no part in the consideration or decision of this motion. [For earlier order herein, see, *e. g.*, 504 U. S. 983.]

No. 91–535. BURDICK v. TAKUSHI, DIRECTOR OF ELECTIONS OF HAWAII, ET AL., 504 U. S. 428. Motion of respondents for taxation of respondents' costs in printing joint appendix granted.

No. 91–7358. BRECHT v. ABRAHAMSON, SUPERINTENDENT, DODGE CORRECTIONAL INSTITUTION. C. A. 7th Cir. [Certiorari granted, 504 U. S. 972.] Motion for appointment of counsel granted, and it is ordered that Allen E. Shoenberger, Esq., of Chicago, Ill., be appointed to serve as counsel for petitioner in this case.

No. 91–7873. FEX v. MICHIGAN. Sup. Ct. Mich. [Certiorari granted, 504 U. S. 908.] Motion for appointment of counsel granted, and it is ordered that John B. Payne, Jr., Esq., of Dearborn, Mich., be appointed to serve as counsel for petitioner in this case.